396 A.2d 49

Commonwealth, Appellant, v. Schupp.

Commonwealth, Appellant, v. Scarduzio.

Argued March 29, 1978. R. Lawler, Assistant District Attorney, for Commonwealth, appellant; David A. Searles, for appellee, Schupp; No appearance entered nor brief submitted for appellee, Scarduzio.

OPINION PER CURIAM: Orders vacated. See *Commonwealth v. Homison*, 253 Pa.Super. 486, 385 A.2d 443 (1978), and *Cohen v. Barger*, 11 Pa.Cmwlth. 617, 314 A.2d 353 (1974).

HOFFMAN, J., did not participate in the consideration or decision of this case.